**F I L E D**
CLERK, U.S. DISTRICT COURT

12/29/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>PEDRO MEDINA VILLAVALSO,<br>   aka "Pedro Villa Medina,"<br>   aka "Pedro Medina,"<br>   aka "Pedro Villavazo<br>        Medina,"<br>   aka "Pedro Medina<br>        Villalvazo,"<br><br>           Defendant. | No. 8:22-cr-00187-FMO<br><br>I N F O R M A T I O N<br><br>[8 U.S.C. §§ 1326(a):  Illegal Alien Found in the United States Following Deportation] |

The United States Attorney charges:

[8 U.S.C. §§ 1326(a)]

On or about February 20, 2019, defendant PEDRO MEDINA VILLAVALSO, also known as ("aka") "Pedro Villa Medina," aka "Pedro Medina," aka "Pedro Villavazo Medina," aka "Pedro Medina Villalvazo," an alien, who had been officially deported and removed from the United States on or about September 20, 2013, April 10, 2014, August 16, 2014, and March 11, 2015, was found in Orange County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the

United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following deportation and removal.

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Jennifer Waier* for

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

LAWRENCE E. KOLE
Assistant United States Attorney
Santa Ana Branch Office